IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA A. CELENTANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICANS WITH DISABILITIES OFFICE, SACRAMENTO SUPERIOR COURT; SACRAMENTO SUPERIOR COURT; JUDICIAL COUNCIL OF CALIFORNIA; and DOES 1-10,<br><br>        Defendants.<br>_____/ | No. 2:11-cv-3456-JAM-EFB PS<br><br><br><br><br><br><br><br>ORDER AND<br>FINDINGS AND RECOMMENDATIONS |

   This case, in which plaintiff is proceeding pro se and in forma pauperis, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 11, 2012, the undersigned dismissed plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e)(2), but provided plaintiff thirty days to file a second amended complaint. Dckt. No. 10. The order explained that "[i]f plaintiff fails to file a second amended complaint, the undersigned may recommend that this case be dismissed for failure to prosecute and/or for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *see also* Local Rule 110." *Id.* at 6.

////

1   The deadline has now passed and plaintiff has not filed a second amended complaint.
2   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice,
3   and that the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.
4   These findings and recommendations are submitted to the United States District Judge
5   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
6   after being served with these findings and recommendations, any party may file written
7   objections with the court and serve a copy on all parties. Such a document should be captioned
8   "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
9   within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11  Dated: July 17, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2