1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGIA A. CELENTANO,

11            Plaintiff,                    No. 2:11-cv-3456-JAM-EFB PS

12       vs.

13   AMERICANS WITH DISABILITIES
     OFFICE, SACRAMENTO SUPERIOR
14   COURT; SACRAMENTO SUPERIOR
     COURT; JUDICIAL COUNCIL OF
15   CALIFORNIA; and DOES 1-10,

16            Defendants.                   <u>ORDER</u>
     _____/

17

18       This case, in which plaintiff is proceeding *pro se* and *in forma pauperis*, is before the

19   undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C.

20   § 636(b)(1).  On June 11, 2012, the undersigned dismissed plaintiff's first amended complaint

21   pursuant to 28 U.S.C. § 1915(e)(2), but provided plaintiff thirty days to file a second amended

22   complaint.  Dckt. No. 10.  The order explained that "[i]f plaintiff fails to file a second amended

23   complaint, the undersigned may recommend that this case be dismissed for failure to prosecute

24   and/or for failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); *see also* Local Rule

25   110."  *Id.* at 6.  Because the deadline passed and plaintiff failed to file a second amended

26   complaint, on July 17, 2012, the undersigned issued findings and recommendations,

                                            1

recommending that the action be dismissed without prejudice for failure to prosecute.  Dckt. No. 11.

On August 3, 2012, plaintiff filed objections to the findings and recommendations.  Dckt. No. 12.  Although the objections do not respond to the findings and recommendations, and instead appear to be challenging the analysis stated in this court's June 11, 2012 order dismissing plaintiff's first amended complaint, Dckt. No. 10, because plaintiff is now attempting to prosecute this action, the recommendation that the action be dismissed for failure to prosecute will be vacated.[1]  Plaintiff will be given additional time within which to file a second amended complaint.  However, plaintiff is admonished that a failure to timely amend her complaint will once again result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); *see also* Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 17, 2012 findings and recommendations are vacated.

2. Plaintiff is granted thirty days from the date of this order to file a second amended complaint, as provided in the June 11, 2012 order.  The second amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

3. If plaintiff fails to timely file a second amended complaint, the undersigned will once again recommend that this case be dismissed for failure to prosecute and/or for failure to comply with court orders.

DATED:  August 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] However, the June 11, 2012 order dismissing plaintiff's first amended complaint will not be vacated.